IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Victoria Group, Inc. | ) | Case No. 13-44611 |
| | ) | |
| Debtor. | ) | Hon Pamela S. Hollis |

**NOTICE OF FEE APPLICATION OF**
**MORGAN & BLEY, LTD.**

TO: SEE ATTACHED SERVICE LIST (DEBTOR'S 20 LARGEST UNSECURED CREDITORS)

Please be advised that on April 18, 2014 pursuant to § 330 of the Bankruptcy Code, and Bankruptcy Rule 2016, Keevan Morgan and Alanna G. Morgan of Morgan & Bley, Ltd., former counsel for the Debtor, Victoria Group, Inc. in this Chapter 11 case, have filed their First and Final Fee Application (hereafter, the "Application") for the payment of $38,872.50 for fees and $1,213.00 for costs, for a total of $40,085.50, less $15,279.50 that remained from pre-petition retainers, leaving a requested balance of $24,806. The case is already on the set call for **April 29, 2014, at the hour of 10:30 a.m.** before the Honorable Judge Pamela S. Hollis, United States Bankruptcy Judge, or any Judge sitting in her stead, in Courtroom 644 of the United States Bankruptcy Court, or any other courtroom therein, 219 South Dearborn Street, Chicago, Illinois, at which time the said Fee Application will be presented for hearing. A copy of the Application is available from the Bankruptcy Court Clerk or the Court's website if the recipient has a "Pacer" Number, or the Application may be obtained from the Applicants by calling the phone number listed below.

/s/ Keevan D. Morgan

**CERTIFICATE OF SERVICE**

I, Keevan D. Morgan, an attorney, served a copy of this Notice to be served by regular mail upon the attached service list, first class postage, pre-paid before the hour of 4:30 p.m. on April 18, 2014.

/s/ Keevan D. Morgan

Keevan D. Morgan, ARDC # 1958844
Alanna G. Morgan, ARDC # 6313539
Morgan & Bley, Ltd.
900 West Jackson Blvd.
Suite 4 East
Chicago, Illinois 60607
312.243.0006

7600 Building Account
4825 Scott Street
Schiller Park, IL 60176

A New Dairy, Inc.
1234 W. Randolph Street
Chicago, IL 60607

AFC Insurance Agency, Ltd.
150 S. Bloomington Road
Suite 210
Bloomingdale, IL 60108

All American Paper Co.
14 Plaza Drive
Westmont, IL 60559

American Express Ohio
P.O. Box 0001
Louisville, KY 40291

American Express F& B
P.O. Box 0001
Louisville, Kentucky 40291

Citi Advantage
P.O. Box 688914
Des Moines, IA 50468-8914

Holiday Inn Exp Hotel & Suites
O'Hare
6600 N. Mannheim Road
Des Plaines, IL 60018

Home Depot Credit Services
1784PF
Processing Center
Plymouth, IA 50464-0500

J. Pietruszynski
421 E. Elk Grove Blvd.
Elk Grove Village, IL 60007

Leff, Klein & Kalfen, Ltd.
2205 Lakeside Drive
Deerfield, IL 60015

Meikem Supply, Inc.
50 Joey Drive
Elk Grove Village, IL 60007

Performance Food Group
8001 TPC Road
P.O. Box 7210
Rock Island, IL 61204-7210

Performance Food Group-Contract
8001 TPC Road
P.O. Box 7210
Rock Island, IL 61204-7210

Reuter's Bakery
7177 W. Grand Avenue
Elmwood Park, IL 60707

Satin Chair Covers Rental
1324 E. Ogden Ave Suite 104
Naperville, IL 60563

Southern Wine & Spirits of Illinois
2971 Collection Center Drive
Chicago, IL 60674-2971

Supreme Lobster
220 E. North Avenue
Villa Park, IL 60181-1221

U.S. Foodservice
P.O. Box 98420
Chicago, IL 60693-8420

Wirtz Beverage Illinois LLC
P.O. Box 809180
Chicago, IL 60680-9180