UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                    )          BK No.:   13-44611
Victoria Group, Inc.                      )
                                          )
                                          )          Chapter:  11
                                          )
                                          )          Honorable Pamela S. Hollis
                                          )
            Debtor(s)                     )

**Order Granting Application Of Morgan & Bley, Ltd. For Final Compensation**

This cause coming on to be heard upon the Application of Morgan & Bley, Ltd. (Keevan D. Morgan and Alanna G. Morgan) or, "the Attorneys") for Final Compensation and Reimbursement of Expenses, it is hereby ordered as follows:

1. Notice is shortened to the time given and the entities noticed for the Application.
2. The Attorneys are granted final post-petition compensation in the amount of $38,872.50 and reimbursement of expenses in the sum of $1,213.00, for a total of $40,085.50.
3. The prior retainer of $15,279.50 is set off against this award for a balance of $24,806.00.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  June 17, 2014

**Prepared by:**

Keevan D. Morgan
Morgan & Bley, Ltd.
900 W. Jackson Blvd.; Suite 4 East
Chicago, Illinois 60607
312.243.0006
ARDC NO. 1958844